Rule 15. (continued)

I ask that a restraining order be placed on Judge Edward Lukemeyer. If not dismissed, I ask that current charges be judged with bare minimum sentence imposable by law for my charges.